EDUARDO BARREIRO, as Administrator, etc., of JOSE ANTONIO CARRAGAL, Deceased, Appellant, v. ROBINS DRY DOCK AND REPAIR COMPANY and Others, Respondents, Impleaded with Others, Defendants.— Judgment and order affirmed,

with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.